DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for United States of America

FILED
Jun 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-20-70720 MAG |
| Plaintiff, | UNITED STATES' MOTION TO SEAL COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| XIN WANG, | |
| Defendant. | |

The government hereby moves the Court for an Order sealing this motion, the Complaint, the Affidavit in Support of the Complaint, and the Sealing Order until further order of the Court. The government believes that disclosure of the existence of the complaint and information contained in the supporting affidavit may jeopardize the progress of the ongoing investigation by affording subjects the opportunity to destroy evidence, warn co-conspirators, or flee.

DATED: June 7, 2020                          Respectfully Submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney

                                                  *Benjamin Kingsley*

                                                  BENJAMIN KINGSLEY
                                                  Assistant United States Attorney

**ORDER**

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Complaint, the Affidavit in Support of the Complaint, the Application for Arrest Warrant, Arrest Warrant, and the Sealing Order shall be sealed until further order of the Court, except that the government may obtain copies of any such sealed documents from the Court as may be necessary during the investigation and prosecution of the case.

DATED: June 7, 2020

_____
HON. LAUREL BEELER
United States Magistrate Judge