DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States of America

FILED

Jun 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3-20-70720 MAG |
| Plaintiff, | APPLICATION TO UNSEAL COMPLAINT AND ARREST WARRANT AND AFFIDAVIT AND [~~PROPOSED~~] ORDER |
| v. | |
| XIN WANG, | |
| Defendant. | |

    The United States respectfully requests that this Court enter the proposed Order set forth below, requiring that the Clerk of the Court unseal the Complaint, Arrest Warrants and Affidavit in this case.

DATED: June 8, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Benjamin Kingsley*
BENJAMIN KINGSLEY
Assistant United States Attorney

APPLICATION TO UNSEAL

**ORDER**

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the Clerk of the Court shall unseal the Complaint, Arrest Warrants and Affidavit previously sealed by Order of this Court.

IT IS SO ORDERED.

Dated: __June 8, 2020

_____
HON. ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE